Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Collectcorp Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PARKER,<br><br>          Plaintiff,<br><br>     vs.<br><br>COLLECTCORP CORPORATION,<br><br>          Defendant. | Case No.  09-CV-2698 JL<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff and Defendant, Collectcorp Corporation, anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days. The parties jointly request that all

///

///

///

Notice of Settlement

1

pending dates and filing requirements be vacated and that the Court set a deadline on or after August 24, 2009, for filing dispositional documents.

Dated: 7/23/09            KROHN & MOSS, LTD.

/s/G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff
Stephen Parker

Dated: 07/23/09           SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
Collectcorp Corporation