1 | Debbie P. Kirkpatrick, Esq. (SBN 207112)
2 | Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3 | 3667 Voltaire Street
4 | San Diego, CA 92106-1253
Tel: 619/758-1891
5 | Fax: 619/222-3667
6 | dpk@sessions-law.biz
alimberg@sessions-law.biz
7
8 | Attorney for Collectcorp Corporation

*IT IS SO ORDERED* — Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PARKER, | Case No. 09-CV-2698 JL |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| COLLECTCORP CORPORATION, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff and Defendant, Collectcorp Corporation, anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days. The parties jointly request that all

///

///

///

Notice of Settlement

1

pending dates and filing requirements be vacated and that the Court set a deadline on or after August 24, 2009, for filing dispositional documents.

Dated: 7/23/09    KROHN & MOSS, LTD.

/s/G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff
Stephen Parker

Dated: 07/23/09    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
Collectcorp Corporation