Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Collectcorp Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN PARKER, | ) Case No. 09-CV-2698 JL |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO DISMISS WITH PREJUDICE |
| COLLECTCORP CORPORATION, | ) |
| Defendant. | ) |

Plaintiff, STEPHEN PARKER, filed the present action against COLLECTCORP CORPORATION ("Collectcorp") on June 17, 2009. The parties resolved the action in its entirety prior to Collectcorp filing a responsive pleading. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

/ / /

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 8/24/09    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
Collectcorp Corporation

Dated: 8/24/09    KROHN & MOSS, LTD.

/s/ G. Thomas Martin
G. Thomas Martin,
Attorney for Plaintiff,
Stephen Parker

IT IS SO ORDERED.

Dated: 9/8/09    _____
Hon. James Larson
United States Magistrate Judge